**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JERMEZ WATSON**                                                                            **PLAINTIFF**
**#258073**

**V.**                                             **Case No. 4:24-CV-00623-LPR**

**ERIC HIGGINS, Pulaski County Sheriff, Pulaski
County Regional Detention; NELSON, Jail
Administrator, Pulaski County Regional
Detention; and BARRY HYDE, Quorum Court
Judge, Pulaski County Quorum Court**                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED,

ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice.  The

Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this

Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE